RICHARD ZIEMAN (CSB 230832)
1860 El CAMINO REAL STE 438
BURLINGAME, CA 94010
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
email: zieman@ssalawca.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. STAMOS, JR.<br>        Plaintiff,<br><br>   vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security<br><br>        Defendant | Case No.: 1:23-cv-00138 SKO<br><br>ORDER AWARDING EAJA FEES<br><br>(Doc. 20) |

Based upon the parties' Stipulation and Unopposed Motion for Award of EAJA Fees ("Stipulation") (Doc. 20), IT IS ORDERED that fees under the EAJA, 28 U.S.C. § 2412(d), are awarded in the amount of Four Thousand Six Hundred and Twenty-Four and 00/100 dollars ($4,624.00) pursuant to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **September 8, 2023**           /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE